UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1091 MJD/JGL

| | |
|---|---|
| ABDUL, HASSAN,<br><br>Petitioner,<br><br>v.<br><br>JANET RENO, ATTORNEY GENERAL, U. S. DEPARTMENT OF JUSTICE; DORIS MEISSNER, COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE; CURTIS ALJETS, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE,<br><br>Respondents. | **O R D E R** |

This matter, having come before the Court on April 28, 2000, on the Petitioner's Motion for a Temporary Restraining Order enjoining removal of the Petitioner, Abdul Hassan, from the United States, and the United States having no objection, and the Court being sufficiently advised, and finding that there is good cause to grant the Petitioner's application,

IT IS HEREBY ORDERED that:

1. Petitioner Abdul Hassan's request for a Temporary Restraining Order of removal is GRANTED;

2. Respondent, the United States and its agents and employees, shall refrain from removing or deporting Petitioner from the United States until further order of this Court;

FILED MAY 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. Respondent, the United States, shall have until May 19, 2000, to file its responsive papers;

4. Petitioner, Abdul Hassan, shall have until May 26, 2000, to file its reply papers, if any;

5. Petitioner shall remain in custody during the pendency of this matter; and

6. A hearing shall be held before this Court on Petitioner's Writ of Habeas Corpus at 10:00 a.m. on June 12, 2000.

SO ORDERED this 3rd day of May, 2000.

Michael J. Davis

MICHAEL J. DAVIS
United States District Court Judge